UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NICKULIS GILLIS,

    Plaintiff,

v.                                        CASE NO. 5:17cv290-MCR-CJK

S. HOSSEINI, et al.,

    Defendants.
_____/

# O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated December 4, 2018. ECF No. 27. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation, ECF No. 27, is adopted and incorporated by reference in this Order.

2.  This action is DISMISSED without prejudice for lack of jurisdiction and because plaintiff's second amended complaint fails to state a facially plausible medical deliberate indifference claim under § 1983.

3.  The clerk shall close the file.

**DONE AND ORDERED** this 8th day of January 2019.

        s/ *M. Casey Rodgers*
    **M. CASEY RODGERS**
    **UNITED STATES DISTRICT JUDGE**